# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR220-49**　　　　　　　　　　　　　　　　　　　DATE **07/26/21**

TITLE **United States of America Javier Mendoza, Jr.**

TIMES **11:33 - 11:39**　　　　　　　　　　　　　　　　　TOTAL **6 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**　　Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**　　　　　　　　　　　　　Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Greg Gilluly<br>Tania Groover | Steven Blackerby | |

PROCEEDINGS : **Status Conference**　　　　　　　　　　　　☐ In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ In Chambers

Case called for status conference.
Parties are hopeful a plea agreement may be reached.
Trial Management order setting pretrial conference of 08/23/21 and trial for 08/31/21 is forthcoming.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES